AO 10
Rev. 1/2012

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2011

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Stamp (Jr.), Frederick P. | USDC/Northern West Virginia | 08/21/2012 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| District Judge (Senior) | ☐ Nomination Date <br> ☐ Initial ☑ Annual ☐ Final <br> 5b. ☑ Amended Report | 01/01/2011 to 12/31/2011 |

**7. Chambers or Office Address**

P.O. Box 791
Wheeling, WV 26003

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Trustee-Emeritus | The Linsly School, Incorporated |
| 2. | Trustee-Emeritus | University of Richmond |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2011 | WesBanco Bank Wheeling Board of Directors Fees |
| 2. | 2011 | Self-Employed Jewelry Manufacturing |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stamp (Jr.), Frederick P. | 08/21/2012 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1.  Alcoa | A | Dividend | | | Sold | 10/26/11 | L | | |
| 2.  AT&T | C | Dividend | L | T | Buy (add'l) | 5/20/11 | K | | |
| 3.  Automatic Data Processing | D | Dividend | N | T | | | | | |
| 4.  JP Morgan Chase & Co | E | Dividend | O | T | | | | | |
| 5.  Bristol Myers Squibb Co. | E | Dividend | O | T | | | | | |
| 6.  Coca-Cola Co | E | Dividend | O | T | | | | | |
| 7.  Chevron Corp | C | Dividend | M | T | | | | | |
| 8.  Conocophillips | D | Dividend | M | T | | | | | |
| 9.  Dow Chemical Co | C | Dividend | L | T | | | | | |
| 10.  EMC Corp Mass | | None | M | T | | | | | |
| 11.  Exxon Mobil Corp Com | D | Dividend | O | T | | | | | |
| 12.  General Electric | D | Dividend | N | T | | | | | |
| 13.  Google Inc | | None | M | T | | | | | |
| 14.  Hazlett, Burt & Watson, Inc. | A | Int./Div. | N | T | | | | | |
| 15.  Intel Corp | D | Dividend | M | T | | | | | |
| 16.  PPG Corp | B | Dividend | L | T | Buy | 10/26/11 | L | | |
| 17.  Zimmer Holdings | C | Dividend | N | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stamp (Jr.), Frederick P. | 08/21/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. 3M Company | B | Dividend | L | T | | | | | |
| 19. Century Properties V LP | C | Rent | K | W | | | | | |
| 20. Century Properties X LP | D | Rent | M | W | | | | | |
| 21. Century Properties XI LP | D | Rent | M | W | | | | | |
| 22. Century Properties XII LP | C | Rent | L | W | | | | | |
| 23. Century Properties XIV LP | C | Rent | L | W | | | | | |
| 24. Century Properties XV LP | D | Rent | M | W | | | | | |
| 25. Century Properties XVI LP | D | Rent | M | W | | | | | |
| 26. Century Properties XVIII LP | C | Rent | M | W | | | | | |
| 27. Century Properties XIX LP | C | Rent | L | W | | | | | |
| 28. Century Properties XX LP | C | Rent | L | W | Buy | 7/1/11 | K | | |
| 29. 1990 Fed L Tax Credit Partners | A | Interest | J | W | | | | | |
| 30. Bank of NY Mellon Corp | A | Dividend | | | Buy | 2/15/11 | L | | |
| 31. | | | | | Sold | 10/26/11 | K | | |
| 32. Wells Fargo & Co | A | Dividend | | | Buy | 2/15/11 | L | | |
| 33. | | | | | Sold | 10/26/11 | L | | |
| 34. WV Econ Dev 4.15% Due 7/15/11 | B | Interest | | | Matured | 7/15/11 | K | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stamp (Jr.), Frederick P. | 08/21/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. WV Econ Dev 4.7% Due 11/1/12 | B | Interest | L | T | | | | | |
| 36. MFS WV Muni Bond Fund | E | Interest | O | T | | | | | |
| 37. American Century Vista | | None | M | T | | | | | |
| 38. T Rowe Price New Horizons | | None | M | T | Buy (add'l) | 12/15/11 | K | | |
| 39. Prime Fund Capital Reserves "C" | A | Interest | M | T | | | | | |
| 40. Air Products & Chemicals Inc | D | Dividend | O | T | | | | | |
| 41. Allergan Inc | A | Dividend | M | T | | | | | |
| 42. Apple Computer Inc | | None | N | T | | | | | |
| 43. CR Bard Inc | B | Dividend | M | T | | | | | |
| 44. Caterpillar | C | Dividend | M | T | | | | | |
| 45. Chubb Corp | B | Dividend | L | T | Buy | 10/26/11 | L | | |
| 46. Walt Disney Co | C | Dividend | N | T | | | | | |
| 47. Home Depot | D | Dividend | N | T | | | | | |
| 48. Ishares TR Future Issues China | D | Dividend | M | T | | | | | |
| 49. Ishares-TR MSCI Emerging Market Index Fund | C | Dividend | M | T | | | | | |
| 50. Ishares Tr S&P Latin America 40 | B | Dividend | K | T | | | | | |
| 51. Microsoft | D | Dividend | N | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stamp (Jr.), Frederick P. | 08/21/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. NYSE Euronext | C | Dividend | L | T | | | | | |
| 53. Paychex Inc | D | Dividend | M | T | | | | | |
| 54. Pepsico | D | Dividend | N | T | | | | | |
| 55. Pinnacle West Cap CP | C | Dividend | L | T | | | | | |
| 56. Proctor & Gamble Co. | D | Dividend | M | T | | | | | |
| 57. Roper Industries Inc | C | Dividend | O | T | | | | | |
| 58. Schlumberger Ltd | C | Dividend | N | T | | | | | |
| 59. Varian Med Sys Inc | | None | N | T | | | | | |
| 60. Verizon Communications | C | Dividend | L | T | Buy (add'l) | 5/20/11 | K | | |
| 61. Walgreen Company | C | Dividend | L | T | | | | | |
| 62. Yum Brands Inc Com | D | Dividend | N | T | | | | | |
| 63. Chase Bank accounts | A | Interest | K | T | | | | | |
| 64. WesBanco Bank Accounts | A | Interest | K | T | | | | | |
| 65. FT Henry Club Stock | | None | | | Sold | 12/31/11 | K | | |
| 66. General Mills | A | Dividend | K | T | | | | | |
| 67. WesBanco | A | Dividend | J | T | | | | | |
| 68. Seabrook Island Charleston, SC | D | Rent | N | W | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stamp (Jr.), Frederick P. | 08/21/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Riverview Assoc. | C | Rent | L | W | | | | | |
| 70. IRA #1 (Security National) | E | Dividend | P1 | T | | | | | |
| 71. Assets of IRA #1 listed as aggregate amount: | | | | | | | | | |
| 72. Federated Prime Obligations Fund | | | | | | | | | |
| 73. Amgen | | | | | | | | | |
| 74. Automatic Data Processing | | | | | Buy | 10/31/11 | K | | |
| 75. Bank of NY Mellon | | | | | Sold | 10/31/11 | K | | |
| 76. Colgate Palmolive | | | | | | | | | |
| 77. IBM | | | | | | | | | |
| 78. Intel Corp | | | | | | | | | |
| 79. Ishares MSCI EM Mkt | | | | | Buy | 5/25/11 | K | | |
| 80. Johnson & Johnson | | | | | | | | | |
| 81. BHP Billiton LTD | | | | | | | | | |
| 82. Chubb Corp | | | | | Buy | 10/31/11 | K | | |
| 83. Cisco Systems Inc | | | | | | | | | |
| 84. Computer Sciences | | | | | Sold | 10/31/11 | J | | |
| 85. Dominion Resources Inc | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stamp (Jr.), Frederick P. | 08/21/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Home Depot Inc | | | | | | | | | |
| 87. Procter & Gamble Company | | | | | | | | | |
| 88. Pepsico Inc | | | | | | | | | |
| 89. Quest Diagnostics | | | | | | | | | |
| 90. General Electric Co. | | | | | | | | | |
| 91. Kimberly Clark Corp | | | | | | | | | |
| 92. Microsoft | | | | | | | | | |
| 93. Omnicom Group | | | | | | | | | |
| 94. Schlumberger Ltd | | | | | | | | | |
| 95. AT&T Inc | | | | | | | | | |
| 96. Exxon Mobil Corp | | | | | | | | | |
| 97. Thermo Fisher | | | | | | | | | |
| 98. EMC Corporation | | | | | | | | | |
| 99. United Technologies | | | | | | | | | |
| 100. Verizon | | | | | | | | | |
| 101. Walt Disney Co | | | | | | | | | |
| 102. Trust #2 (Security National) | G | Dividend | P2 | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stamp (Jr.), Frederick P. | 08/21/2012 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. Assets of Trust #2 listed as aggregate amount above | | | | | | | | | |
| 104. Federated Tax Free Obligations | | | | | | | | | |
| 105. Sterling (fmrly BB&T) WV Intermediate Tax Free Fund | | | | | | | | | |
| 106. Computer Sciences | | | | | Sold | 10/31/11 | K | | |
| 107. ConocoPhillips | | | | | Buy | 7/22/11 | K | | |
| 108. Caterpillar Inc | | | | | | | | | |
| 109. CR Bard | | | | | | | | | |
| 110. Intel Corp | | | | | | | | | |
| 111. IBM | | | | | | | | | |
| 112. Ishares MSCI Emerging Markets Index | | | | | Buy (add'l) | 7/22/11 | K | | |
| 113. Ishares TR S&P Small Cap 600 Growth | | | | | | | | | |
| 114. Ishares TR S&P Small Cap 600 Value | | | | | | | | | |
| 115. Johnson & Johnson | | | | | | | | | |
| 116. Kraft Foods | | | | | | | | | |
| 117. Constellation Brands | | | | | | | | | |
| 118. Devon Energy | | | | | | | | | |
| 119. EMC Corp | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stamp (Jr.), Frederick P. | 08/21/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. The Bank of NY Mellon | | | | | Sold | 10/31/11 | J | | |
| 121. Procter & Gamble Company | | | | | | | | | |
| 122. Progress Energy | | | | | | | | | |
| 123. Quest Diagnostics | | | | | | | | | |
| 124. Schlumberger LTD | | | | | | | | | |
| 125. Bristol-Myers Squibb Co. | | | | | | | | | |
| 126. Zimmer Holdings | | | | | | | | | |
| 127. 3M | | | | | | | | | |
| 128. Omnicom Group | | | | | | | | | |
| 129. Chevron Corp | | | | | | | | | |
| 130. Chubb Corp | | | | | Buy | 7/22/11 | K | | |
| 131. Cisco Systems | | | | | Sold | 10/31/11 | K | | |
| 132. Walt Disney Co | | | | | | | | | |
| 133. Weyerhaeuser Company | | | | | | | | | |
| 134. Target | | | | | | | | | |
| 135. Thermo Fisher | | | | | | | | | |
| 136. Altria Group Inc | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stamp (Jr.), Frederick P. | 08/21/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. Union Pacific Corp | | | | | | | | | |
| 138. United Technologies Corp | | | | | | | | | |
| 139. Verizon Communications | | | | | | | | | |
| 140. Abbott Labs | | | | | | | | | |
| 141. Air Products & Chemicals | | | | | | | | | |
| 142. Apple Inc | | | | | | | | | |
| 143. Automatic Data Processing | | | | | Buy | 10/26/11 | L | | |
| 144. AT&T | | | | | Buy (add'l) | 10/26/11 | K | | |
| 145. BHP Billiton LTD | | | | | | | | | |
| 146. Exxon Mobil Corp | | | | | | | | | |
| 147. General Mills Inc. | | | | | | | | | |
| 148. Google Inc | | | | | Buy (add'l) | 10/31/11 | K | | |
| 149. Grainger WW Inc | | | | | | | | | |
| 150. Home Depot | | | | | | | | | |
| 151. Microsoft Corp Com | | | | | | | | | |
| 152. Oracle Corp Com | | | | | | | | | |
| 153. Philip Morris Intl Inc | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. CVS | | | | | | | | | |
| 155. Trust #3 | F | Dividend | P1 | T | | | | | |
| 156. Assets of Trust #3 listed as aggregate amount above: | | | | | | | | | |
| 157. Artio International Equity Fund II | | | | | Sold | 10/27/11 | M | | |
| 158. Aston FDS Tamro Small Cap Fd Cl I | | | | | | | | | |
| 159. AT&T | | | | | Buy | 2/18/11 | K | | |
| 160. Abbott Labs | | | | | Buy | 7/18/11 | K | | |
| 161. Air Products & Chemicals | | | | | Buy | 10/31/11 | K | | |
| 162. Altria Group | | | | | Buy | 7/18/11 | K | | |
| 163. Pepsico | | | | | | | | | |
| 164. Philip Morris Int'l Inc | | | | | | | | | |
| 165. Intel Corp | | | | | | | | | |
| 166. Genuine Parts Co. | | | | | | | | | |
| 167. Harbor Intl I | | | | | Buy | 10/27/11 | K | | |
| 168. Manning & Napier World Opportunity Ser Cl A | | | | | | | | | |
| 169. Threadneedle Asia Pacific Fund | | | | | Sold | 1/26/11 | M | E | |
| 170. T Rowe Price International Funds New Asia FD | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stamp (Jr.), Frederick P. | 08/21/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. Eaton Vance Floating Rate | | | | | | | | | |
| 172. 3M Company | | | | | Buy | 2/18/11 | L | | |
| 173. United Technologies | | | | | Buy | 2/18/11 | L | | |
| 174. Eaton Vance Mutual Sh Tr Global Macro | | | | | | | | | |
| 175. Arbitrage Funds I CL I | | | | | Sold | 2/16/11 | L | | |
| 176. Yum Brands | | | | | | | | | |
| 177. Bristol-Myers Squibb | | | | | | | | | |
| 178. Canadian Nat'l Ry Co | | | | | | | | | |
| 179. Chubb Corp | | | | | Buy | 2/28/11 | K | | |
| 180. | | | | | Buy (add'l) | 10/31/11 | K | | |
| 181. Occidental Pete Corp | | | | | | | | | |
| 182. PPG Industries | | | | | Buy | 10/31/11 | K | | |
| 183. Raytheon Corp | | | | | | | | | |
| 184. Wisconsin Energy Corp | | | | | | | | | |
| 185. Wells Fargo & Co | | | | | | | | | |
| 186. Entergy Corp New | | | | | | | | | |
| 187. General Electric Company | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stamp (Jr.), Frederick P. | 08/21/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. Hartford Mutual Capital Appreciation Fd I | | | | | Sold | 7/14/11 | K | D | |
| 189. International Business Mach Corp | | | | | | | | | |
| 190. Ishares MSCI EM Mrkt | | | | | Buy | 10/31/11 | K | | |
| 191. Ishares MSCI EAFE Index | | | | | Buy | 10/31/11 | L | | |
| 192. Ishares Cohen & Steers Rlty | | | | | | | | | |
| 193. Ishares MSCI All CNTRY Asia Ex JP FD | | | | | | | | | |
| 194. Powershares DB Commodity Index | | | | | | | | | |
| 195. Archer Daniels Midland | | | | | | | | | |
| 196. Eagle Ser Mid Cap Stock Fd Class I | | | | | | | | | |
| 197. Exxon Mobil Corp | | | | | | | | | |
| 198. Johnson & Johnson | | | | | | | | | |
| 199. Federated Tax-Free Obligation Fund | | | | | | | | | |
| 200. JPMorgan Intermed TaxFree Bond | | | | | | | | | |
| 201. JPMorgan Muni Income Fund | | | | | | | | | |
| 202. JPMorgan High Yield Bond Fund | | | | | | | | | |
| 203. JP Morgan Research Market Neutral Fund | | | | | Sold (part) | 6/14/11 | K | | |
| 204. JP Morgan Research Market Neutral Fund | | | | | Sold (part) | 8/17/11 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stamp (Jr.), Frederick P. | 08/21/2012 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 205. JP Morgan Research Market Neutral Fund | | | | | Sold | 9/8/11 | K | | |
| 206. JPMorgan Tr I Tax Aware Real Rtn Fd | | | | | | | | | |
| 207. Payden High Income Fund | | | | | | | | | |
| 208. Bank of NY Mellon | | | | | Buy | 2/18/11 | K | | |
| 209. | | | | | Sold | 10/31/11 | K | | |
| 210. Fidelity Advisor High Inc Adv | | | | | | | | | |
| 211. Hartford Mid Cap FD I | | | | | Sold | 07/14/11 | L | D | |
| 212. General Mills | | | | | | | | | |
| 213. Verizon | | | | | | | | | |
| 214. Frontier Communications | | | | | Sold | 2/18/11 | J | A | |
| 215. Hewlett Packard Co | | | | | | | | | |
| 216. Home Depot | | | | | Buy | 2/18/11 | K | | |
| 217. | | | | | Buy (add'l) | 7/18/11 | K | | |
| 218. Microsoft Corp Com | | | | | | | | | |
| 219. Cisco Systems | | | | | | | | | |
| 220. Coca-Cola | | | | | Buy (add'l) | 7/18/11 | K | | |
| 221. Colgate Palmolive Co | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. Dodge & Cox Int'l Stock Fund | | | | | Buy (add'l) | 10/27/11 | K | | |
| 223. Vanguard Emerging Mkt ETF | | | | | Sold | 10/31/11 | L | | |
| 224. Trust #4 (Security National) | D | Dividend | N | T | | | | | |
| 225. Assets of Trust #4 listed as aggregate amount: | | | | | | | | | |
| 226. Federated Government Obligations Fund | | | | | | | | | |
| 227. 3M Co | | | | | | | | | |
| 228. AT&T | | | | | | | | | |
| 229. BHP Billiton LTD | | | | | | | | | |
| 230. Duke Energy | | | | | | | | | |
| 231. Emerson Electric | | | | | | | | | |
| 232. General Electric | | | | | | | | | |
| 233. Abbott Labs | | | | | | | | | |
| 234. Computer Sciences | | | | | | Sold | 8/31/11 | J | | |
| 235. Colgate Palmolive | | | | | | | | | |
| 236. Conocophillips Com | | | | | | | | | |
| 237. IBM | | | | | | | | | |
| 238. Intel Corp | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stamp (Jr.), Frederick P. | 08/21/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239. Kimberly Clark Corp | | | | | | | | | |
| 240. Pepsico | | | | | | | | | |
| 241. Proctor & Gamble | | | | | | | | | |
| 242. Quest Diagnostics | | | | | | | | | |
| 243. Schlumberger | | | | | | | | | |
| 244. United Technologies | | | | | | | | | |
| 245. Verizon Communications | | | | | | | | | |
| 246. Walt Disney Co | | | | | Sold (part) | 3/24/11 | J | C | |
| 247. Thermo Fisher | | | | | | | | | |
| 248. Progress Energy Inc | | | | | | | | | |
| 249. IRA #2 (HBW) | A | Interest | L | T | | | | | |
| 250. S&P Midcap 400 | A | Dividend | J | T | | | | | |
| 251. Powershares QQQ TR Uunit Ser A | A | Dividend | K | T | | | | | |
| 252. S&P Depository Rec | A | Dividend | J | T | | | | | |
| 253. S&P Dow Jones Indl Avg EFT | A | Dividend | J | T | | | | | |
| 254. Prime Fund Capital Reserves "B" | A | Interest | L | T | | | | | |
| 255. Allergan Inc | A | Dividend | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stamp (Jr.), Frederick P. | 08/21/2012 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 256. Amazon.com Inc | | None | K | T | Buy | 11/2/11 | L | | |
| 257. Caterpillar | C | Dividend | M | T | | | | | |
| 258. Coach Inc | D | Dividend | N | T | | | | | |
| 259. Coca Cola Inc | A | Dividend | K | T | | | | | |
| 260. Exxon Mobil Corp | D | Dividend | O | T | | | | | |
| 261. Home Depot | C | Dividend | M | T | | | | | |
| 262. Ishares Tr FTSE Xin Hua China | B | Dividend | L | T | | | | | |
| 263. IShares TR MSCI Emerging Mkt | B | Dividend | L | T | Buy (add'l) | 10/26/11 | K | | |
| 264. Ishares Tr S&P Latin Amer 40 | A | Dividend | K | T | | | | | |
| 265. Lululemon Authentica Inc | | None | K | T | Buy | 11/11/11 | L | | |
| 266. Microsoft Corp. | D | Dividend | M | T | | | | | |
| 267. Pepsico | D | Dividend | M | T | | | | | |
| 268. Pinnacle West Capital Corp | B | Dividend | K | T | | | | | |
| 269. PPG Industries | B | Dividend | L | T | Buy | 10/31/11 | L | | |
| 270. Varian Med Svc Inc | | None | M | T | | | | | |
| 271. Walgreen Co | A | Dividend | K | T | | | | | |
| 272. Yum Brands Inc Com | B | Dividend | M | T | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 | |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | | |
| | U =Book Value | V =Other | W =Estimated | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stamp (Jr.), Frederick P. | 08/21/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 273. Zimmer Holdings | A | Dividend | L | T | | | | | |
| 274. 3M Company | B | Dividend | L | T | | | | | |
| 275. Alcoa | A | Dividend | | | Sold | 10/26/11 | L | | |
| 276. Apple Computer Inc | | None | P1 | T | | | | | |
| 277. AT&T | B | Dividend | K | T | | | | | |
| 278. JP Morgan Chase & Co | B | Dividend | L | T | | | | | |
| 279. Bard CR Inc | A | Dividend | L | T | | | | | |
| 280. Barnes & Noble Inc | B | Dividend | | | Sold | 5/26/11 | K | D | |
| 281. Bristol Myers Squibb | E | Dividend | N | T | | | | | |
| 282. Chevron Corporation | C | Dividend | M | T | | | | | |
| 283. Chubb Corp | C | Dividend | M | T | Buy (add'l) | 10/26/11 | L | | |
| 284. Colgate Palmolive Co | D | Dividend | O | T | | | | | |
| 285. Conocophillips | C | Dividend | M | T | | | | | |
| 286. EMC Corp | | None | L | T | | | | | |
| 287. General Electric | C | Dividend | M | T | | | | | |
| 288. Google Inc | | None | M | T | | | | | |
| 289. HBW Inc | A | Distribution | N | W | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | | P4 =More than $50,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stamp (Jr.), Frederick P. | 08/21/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 290.  Occidental Petroleum Corp | C | Dividend | M | T | | | | | |
| 291.  Ingersoll Rand Co | B | Dividend | L | T | | | | | |
| 292.  Intel Corp | C | Dividend | L | T | | | | | |
| 293.  Panera Bread Co Cl A | | None | M | T | | | | | |
| 294.  Starbucks | D | Dividend | N | T | | | | | |
| 295.  Roper Industries Inc | A | Dividend | J | T | Buy | 6/30/11 | J | | |
| 296.  Target Corp | B | Dividend | M | T | | | | | |
| 297.  Thermo Fisher Scientific | | None | K | T | Buy | 5/26/11 | K | | |
| 298.  Verizon Communications | B | Dividend | K | T | | | | | |
| 299.  Wesbanco | D | Dividend | M | T | | | | | |
| 300.  Whole Foods Market Inc | B | Dividend | N | T | | | | | |
| 301.  MFS WV Muni Bond Fd | E | Interest | O | T | | | | | |
| 302.  Monongalia Co. WV 5.95% due 4/1/2013 callable 4/1/2003 | B | Interest | | | Sold | 9/19/11 | K | A | |
| 303.  Bank of NY Mellon Corp | A | Dividend | | | Buy | 2/24/11 | K | | |
| 304. | | | | | Sold | 10/26/11 | K | | |
| 305.  Wells Fargo | A | Dividend | | | Buy | 2/18/11 | K | | |
| 306. | | | | | Sold | 10/26/11 | K | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stamp (Jr.), Frederick P. | 08/21/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 307. WV Econ Dev 4.15% due 11/15/11 | B | Interest | | | Matured | 7/15/11 | K | | |
| 308. WV Econ Dev 4.7% due 11/1/12 | B | Interest | L | T | | | | | |
| 309. Parkersburg WV Waterworks 3.9% due 9/1/2012 | B | Interest | L | T | | | | | |
| 310. American Century Vista | | None | M | T | | | | | |
| 311. T Rowe Price New Horizons A | | None | M | T | Buy (add'l) | 12/15/11 | K | | |
| 312. Trust #5 | D | Dividend | N | T | | | | | |
| 313. Assets of Trust #5 listed as aggregate amount above: | | | | | | | | | |
| 314. Federated Money Market US Treasury Cash Reserves | | | | | | | | | |
| 315. A&T | | | | | | | | | |
| 316. Amgen | | | | | Sold | 9/14/11 | K | D | |
| 317. BP PLC | | | | | Sold | 9/14/11 | J | | |
| 318. Caterpillar | | | | | | | | | |
| 319. Cisco Systems | | | | | | | | | |
| 320. Conoco Phillips | | | | | | | | | |
| 321. Danamer | | | | | Buy | 9/14/11 | J | | |
| 322. Eaton | | | | | Buy | 9/14/11 | J | | |
| 323. Ensco Int'l | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stamp (Jr.), Frederick P. | 08/21/2012 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 324. General Electric | | | | | | | | | |
| 325. Honeywell | | | | | | | | | |
| 326. Kinder Morgan Energy | | | | | | | | | |
| 327. Kohls | | | | | | | | | |
| 328. McDonalds | | | | | | | | | |
| 329. McKesson Corp | | | | | | | | | |
| 330. Microsoft | | | | | Sold | 9/14/11 | K | A | |
| 331. Oracle Systems | | | | | | | | | |
| 332. PPG Industries | | | | | Buy | 9/14/11 | J | | |
| 333. Proctor & Gamble | | | | | Sold | 9/14/11 | K | B | |
| 334. Teva Pharmaceutical | | | | | Sold | 9/14/11 | J | | |
| 335. Toronto Dominion Bank | | | | | | | | | |
| 336. Watson Pharmaceutical | | | | | Buy | 9/14/11 | J | | |
| 337. Wells Fargo | | | | | | | | | |
| 338. WesMark Bond Fund #556 | | | | | Sold (part) | 2/1/11 | J | | |
| 339. WesMark Bond Fund #556 | | | | | Sold (part) | 04/19/11 | J | | |
| 340. WesMark Bond Fund #556 | | | | | Sold (part) | 06/28/11 | J | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stamp (Jr.), Frederick P. | 08/21/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 341.  WesMark Bond Fund #556 | | | | | Sold (part) | 7/27/11 | J | A | |
| 342.  Trust #6 | F | Dividend | P1 | T | | | | | |
| 343.  Assets Of Trust #6 listed as aggregate above: | | | | | | | | | |
| 344.  Federated Money Market US Treasury Reserves | | | | | | | | | |
| 345.  AT&T | | | | | | | | | |
| 346.  Amgen | | | | | Sold | 9/14/11 | K | C | |
| 347.  Apache | | | | | | | | | |
| 348.  Apple Computer | | | | | | | | | |
| 349.  Boeing Company | | | | | | | | | |
| 350.  Bristol Myers Squibb | | | | | | | | | |
| 351.  Caterpillar | | | | | | | | | |
| 352.  Cisco Systems | | | | | | | | | |
| 353.  Coca Cola Co | | | | | | | | | |
| 354.  Commerce Bancshares | | | | | | | | | |
| 355.  Conoco Phillips | | | | | | | | | |
| 356.  Devon Energy | | | | | | | | | |
| 357.  Eaton Corp | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stamp (Jr.), Frederick P. | 08/21/2012 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 358. Ensco Int'l Inc | | | | | | | | | |
| 359. Emerson Int'l | | | | | Sold | 9/14/11 | K | | |
| 360. Exxon Mobil | | | | | | | | | |
| 361. Nextera Energy | | | | | | | | | |
| 362. Federated Total Return Bond Fund | | | | | | | | | |
| 363. Fluor Corp | | | | | | | | | |
| 364. General Electric | | | | | | | | | |
| 365. General Mills | | | | | | | | | |
| 366. Hewlett Packard | | | | | Sold | 9/14/11 | K | | |
| 367. IBM | | | | | | | | | |
| 368. JP Morgan Chase & Co | | | | | Sold (part) | 12/1/11 | K | E | |
| 369. Proctor & Gamble | | | | | Sold | 9/14/11 | K | B | |
| 370. Kinder Morgan Energy | | | | | | | | | |
| 371. Kohls | | | | | | | | | |
| 372. McDonalds | | | | | | | | | |
| 373. Nucor Corp | | | | | | | | | |
| 374. PPG Industries | | | | | Buy | 9/14/11 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stamp (Jr.), Frederick P. | 08/21/2012 |

## VII. INVESTMENTS and TRUSTS  -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐   NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 375.  Precision Cast Parts | | | | | Buy | 12/1/11 | K | | |
| 376.  Sandisk | | | | | Buy | 9/14/11 | K | | |
| 377.  Thermo Fisher Scientific | | | | | Buy | 9/14/11 | K | | |
| 378.  Vanguard Emerging VIP | | | | | | | | | |
| 379.  Watson Pharmaceutical | | | | | Buy | 9/14/11 | K | | |
| 380.  WesMark Bond Fund #556 | | | | | | | | | |
| 381.  Ingersol Rand | | | | | Sold | 9/14/11 | J | | |
| 382.  Woodward Inc | | | | | | | | | |
| 383.  Weatherford Intl | | | | | | | | | |
| 384.  Trust #7 | G | Dividend | P2 | T | | | | | |
| 385.  Assets of Trust #7 listed as aggregate amount above: | | | | | | | | | |
| 386.  Wesmark WV Muni Bd Fnd #548 | | | | | Buy (add'l) | 9/28/11 | L | | |
| 387.  Wesmark Small Co Growth Fd #391 | | | | | Buy (add'l) | 4/11/11 | L | | |
| 388. | | | | | Buy (add'l) | 12/27/11 | J | | |
| 389.  AT&T | | | | | | | | | |
| 390.  Apple Computer | | | | | | | | | |
| 391.  Artisan International Fd #661 | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stamp (Jr.), Frederick P. | 08/21/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 392. Artisan MidCap Fund Class I | | | | | | | | | |
| 393. Automatic Data Processing | | | | | Buy | 4/11/11 | L | | |
| 394. BP PLC | | | | | | | | | |
| 395. Bank of Hawaii | | | | | | | | | |
| 396. Boeing Co | | | | | | | | | |
| 397. Bristol-Myers Squibb Co. | | | | | | | | | |
| 398. Canadian Nat Resources | | | | | Buy | 04/11/11 | K | | |
| 399. Celgene | | | | | | | | | |
| 400. Conoco Phillips | | | | | | | | | |
| 401. Chevron Corp | | | | | | | | | |
| 402. Cisco Systems | | | | | | | | | |
| 403. Corning | | | | | Sold | 04/11/11 | K | E | |
| 404. Costco | | | | | | | | | |
| 405. Deere & Co | | | | | | | | | |
| 406. EMC Corp | | | | | | | | | |
| 407. EOG Resources | | | | | | | | | |
| 408. Express Scripts | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stamp (Jr.), Frederick P. | 08/21/2012 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 409. Eaton | | | | | Buy | 11/30/11 | L | | |
| 410. Federated Intercontinental Fund #176 | | | | | | | | | |
| 411. General Electric Co. | | | | | | | | | |
| 412. Google Inc | | | | | Buy (add'l) | 4/11/11 | L | | |
| 413. Home Depot | | | | | | | | | |
| 414. 3M | | | | | | | | | |
| 415. IBM | | | | | | | | | |
| 416. Invesco Intl Growth Fd Cl I | | | | | Buy (add'l) | 12/9/11 | J | | |
| 417. Invesco Intl Growth Fd Cl I | | | | | | | | | |
| 418. JP Morgan Chase | | | | | | | | | |
| 419. McDonalds | | | | | Sold | 4/11/11 | M | E | |
| 420. Microsoft Corp | | | | | Sold | 4/11/11 | M | A | |
| 421. Oracle Systems | | | | | | | | | |
| 422. PNC Financial Svc | | | | | Buy | 4/11/11 | L | | |
| 423. Oppenheimer Developing Markets Fd | | | | | Sold | 11/30/11 | L | | |
| 424. Paccar Inc | | | | | Buy | 4/11/11 | L | | |
| 425. | | | | | Sold | 11/30/11 | K | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 426. Parker-Hannifin | | | | | | | | | |
| 427. Pepsico Inc | | | | | | | | | |
| 428. PPG Industries | | | | | | | | | |
| 429. Proctor & Gamble Co | | | | | | | | | |
| 430. Rio Tinto PLC-ADR | | | | | Buy | 4/11/11 | L | | |
| 431. | | | | | Sold | 11/30/11 | K | | |
| 432. Sandisk Corp | | | | | Buy | 11/30/11 | L | | |
| 433. Syniverse Holdings Inc | | | | | Sold | 1/10/11 | L | E | |
| 434. Teva Pharmaceutical | | | | | Sold | 4/11/11 | L | | |
| 435. Texas Instruments Inc | | | | | | | | | |
| 436. United Technologies | | | | | | | | | |
| 437. Watson Pharmaceutical | | | | | Buy | 4/11/11 | L | | |
| 438. WesBanco, Inc. | | | | | | | | | |
| 439. Zimmer Holdings Inc | | | | | | | | | |
| 440. Trust #8 | E | Dividend | P1 | T | | | | | |
| 441. Assets of Trust #8 listed as aggregate amount above: | | | | | | | | | |
| 442. AT&T | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT
Page 30 of 42

**Name of Person Reporting**

Stamp (Jr.), Frederick P.

**Date of Report**

08/21/2012

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 443. Apple Computer | | | | | | | | | |
| 444. Artisan Midcap Fd Cl I | | | | | | | | | |
| 445. Artisan International Fd | | | | | | | | | |
| 446. Bank of Hawaii | | | | | | | | | |
| 447. Boeing Company | | | | | | | | | |
| 448. Celgene | | | | | | | | | |
| 449. Chevron Corp | | | | | | | | | |
| 450. Cisco Systems | | | | | | | | | |
| 451. Conoco Phillips | | | | | | | | | |
| 452. Costco Wholesale Corp | | | | | | | | | |
| 453. Corning | | | | | Sold | 4/11/11 | L | F | |
| 454. Deere & Co | | | | | | | | | |
| 455. Eaton | | | | | Buy | 11/30/11 | K | | |
| 456. Exxon Mobil Corp | | | | | | | | | |
| 457. Federated Intercontinental #176 | | | | | | | | | |
| 458. General Electric Co common | | | | | | | | | |
| 459. Google | | | | | Buy | 4/11/11 | L | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stamp (Jr.), Frederick P. | 08/21/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 460. Hewlett Packard | | | | | Sold | 11/30/11 | K | | |
| 461. Home Depot | | | | | | | | | |
| 462. JP Morgan Chase | | | | | | | | | |
| 463. McKesson Corp | | | | | Buy | 11/30/11 | K | | |
| 464. McDonalds | | | | | Sold | 4/11/11 | L | D | |
| 465. Microsoft, Corp | | | | | Sold | 4/11/11 | L | | |
| 466. 3M | | | | | | | | | |
| 467. Oppenheimer Developing Markets Cl A | | | | | Sold | 11/30/11 | L | | |
| 468. Pepsico Inc common | | | | | | | | | |
| 469. PNC Financial | | | | | Buy | 4/11/11 | L | | |
| 470. Proctor & Gamble | | | | | | | | | |
| 471. Rockwell Automation | | | | | Buy | 11/30/11 | L | | |
| 472. Sandisk | | | | | Buy | 11/30/11 | K | | |
| 473. Texas Instruments | | | | | | | | | |
| 474. Teva Pharmaceutical | | | | | Sold | 4/11/11 | K | C | |
| 475. United Technologies Corp | | | | | | | | | |
| 476. Watson Pharmaceutical | | | | | Buy | 4/11/11 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT
Page 32 of 42

Name of Person Reporting

Stamp (Jr.), Frederick P.

Date of Report

08/21/2012

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 477. Wesbanco | | | | | | | | | |
| 478. Wesmark WV Muni Bond Fund #548 | | | | | Sold (part) | 4/26/11 | J | | |
| 479. | | | | | Buy (add'l) | 9/28/11 | K | | |
| 480. WesMark Small Co Growth Fund | | | | | Buy (add'l) | 4/11/11 | K | | |
| 481. | | | | | Buy (add'l) | 12/27/11 | J | | |
| 482. EMC Corp | | | | | | | | | |
| 483. Rio Tinto PLC | | | | | Buy | 4/11/11 | L | | |
| 484. | | | | | Sold | 11/30/11 | K | | |
| 485. Paccar, Inc | | | | | Buy | 4/11/11 | L | | |
| 486. | | | | | Sold | 11/30/11 | K | | |
| 487. Trust #9 | E | Dividend | P1 | T | | | | | |
| 488. Assets of Trust #9 listed as aggregate amount above: | | | | | | | | | |
| 489. Air Products & Chemicals | | | | | | | | | |
| 490. Apache | | | | | | | | | |
| 491. Apple Computer | | | | | | | | | |
| 492. Artisan International Fund #661 | | | | | | | | | |
| 493. Artisan MidCap Fund Cl I | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT

Page 33 of 42

Name of Person Reporting

Stamp (Jr.), Frederick P.

Date of Report

08/21/2012

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 494. Boeing Co | | | | | | | | | |
| 495. Canadian Nat Resources | | | | | Buy | 4/11/11 | K | | |
| 496. Celgene | | | | | | | | | |
| 497. Cisco Systems | | | | | | | | | |
| 498. Corning | | | | | Sold | 4/11/11 | K | E | |
| 499. Costco Wholesale Corp | | | | | | | | | |
| 500. Deere & Co | | | | | | | | | |
| 501. Eaton Vance Corp | | | | | Buy | 11/30/11 | K | | |
| 502. Emerson Electric | | | | | Sold | 11/30/11 | K | | |
| 503. Ensco Int'l | | | | | | | | | |
| 504. EOG Resources | | | | | Buy | 11/30/11 | K | | |
| 505. Federated Intercontinental Fund #176 | | | | | | | | | |
| 506. Haliburton | | | | | Sold | 11/30/11 | K | | |
| 507. Home Depot | | | | | | | | | |
| 508. JP Morgan Chase | | | | | | | | | |
| 509. Macys | | | | | Buy | 11/30/11 | K | | |
| 510. McDonalds | | | | | Sold | 4/11/11 | K | D | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stamp (Jr.), Frederick P. | 08/21/2012 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 511. Medco Health Solutions | | | | | | | | | |
| 512. Paccar Inc | | | | | Buy | 4/11/11 | K | | |
| 513. PNC Financial Services | | | | | Buy | 4/11/11 | K | | |
| 514. 3M | | | | | | | | | |
| 515. Oppenheimer Developing Markets Cl A | | | | | Sold | 11/30/11 | J | | |
| 516. Pepsico | | | | | | | | | |
| 517. Ralcorp Holdings Inc | | | | | Buy | 11/30/11 | K | | |
| 518. Rio Tinto | | | | | Buy | 4/11/11 | K | | |
| 519. Syniverse Holdings Inc | | | | | Sold | 1/10/11 | K | D | |
| 520. Teva Pharmaceutical | | | | | Sold | 4/11/11 | J | B | |
| 521. Texas Instruments | | | | | | | | | |
| 522. United Technologies | | | | | | | | | |
| 523. Watson Pharmaceutical | | | | | Buy | 4/11/11 | K | | |
| 524. WesMark WV Muni #548 | | | | | | | | | |
| 525. WesMark Small Co Growth Fund | | | | | Buy (add'l) | 12/27/11 | J | | |
| 526. WesBanco | | | | | | | | | |
| 527. EMC Corp | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT
Page 35 of 42

Name of Person Reporting

Stamp (Jr.), Frederick P.

Date of Report

08/21/2012

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 528. Transocean Inc | | | | | Sold (part) | 11/30/11 | J | | |
| 529. | | | | | Sold | 12/5/11 | J | | |
| 530. Trust #10 (Security National) | E | Dividend | P1 | T | | | | | |
| 531. Assets of Trust #10 listed as aggregate above | | | | | | | | | |
| 532. AT&T | | | | | | | | | |
| 533. Abbott Labs | | | | | | | | | |
| 534. Air Prods & Chems Inc | | | | | | | | | |
| 535. Apple Inc | | | | | | | | | |
| 536. Bank of NY Mellon | | | | | Sold | 11/1/11 | K | | |
| 537. Boeing | | | | | Sold | 7/7/11 | L | E | |
| 538. Caterpillar Inc | | | | | | | | | |
| 539. Colgate Palmolive | | | | | | | | | |
| 540. Chubb Corp | | | | | Buy | 11/1/11 | K | | |
| 541. Computer Sciences | | | | | Sold | 11/1/11 | K | | |
| 542. Devon Energy | | | | | | | | | |
| 543. Dominion Resources | | | | | | | | | |
| 544. Duke Energy Corp | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

Name of Person Reporting

Stamp (Jr.), Frederick P.

Date of Report

08/21/2012

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 545. EMC Corp | | | | | | | | | |
| 546. Exxon Mobil | | | | | | | | | |
| 547. General Electric | | | | | | | | | |
| 548. Home Depot | | | | | | | | | |
| 549. Intel | | | | | | | | | |
| 550. IBM | | | | | | | | | |
| 551. Johnson & Johnson | | | | | | | | | |
| 552. Kimberly Clark | | | | | | | | | |
| 553. Federated Prime Obligations | | | | | | | | | |
| 554. Omnicom Gr | | | | | | | | | |
| 555. Oracle | | | | | | | | | |
| 556. Pepsico Inc | | | | | | | | | |
| 557. Proctor & Gamble | | | | | | | | | |
| 558. Progress Energy | | | | | | | | | |
| 559. PNC Financial Svcs Group | | | | | | | | | |
| 560. Quest Diagnostics | | | | | | | | | |
| 561. Thermo Fisher Scientific Inc | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT
Page 37 of 42

Name of Person Reporting

Stamp (Jr.), Frederick P.

Date of Report

08/21/2012

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 562. United Technologies | | | | | | | | | |
| 563. Verizon Communications | | | | | | | | | |
| 564. Zimmer Holdings | | | | | | | | | |
| 565. Trust #11 (Security Nat'l) | E | Int./Div. | P1 | T | | | | | |
| 566. Assets of Trust #11 listed as aggregate above | | | | | | | | | |
| 567. Federal Prime - Obligations | | | | | | | | | |
| 568. FHLB 4.625% due 8/15/12 | | | | | | | | | |
| 569. FHLB .85% due 8/22/12 | | | | | Buy | 1/11/11 | L | | |
| 570. FHLB 3.375% due 2/27/13 | | | | | | | | | |
| 571. FHLB 4.75% due 11/14/14 | | | | | | | | | |
| 572. FNMA 4.5% due 2/15/11 | | | | | Sold | 2/15/11 | K | A | |
| 573. FHLM 3.16% due 3/15/16 | | | | | Sold | 3/15/11 | K | | |
| 574. Caterpillar Finl Note 4.25% due 2/15/13 | | | | | | | | | |
| 575. AT&T | | | | | | | | | |
| 576. Abbott Labs | | | | | Buy (add'l) | 8/1/11 | J | | |
| 577. | | | | | Buy (add'l) | 11/8/11 | J | | |
| 578. Air Prods & Chems Inc | | | | | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

Name of Person Reporting

Stamp (Jr.), Frederick P.

Date of Report

08/21/2012

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 579. Amgen Inc | | | | | Sold | 1/3/11 | J | | |
| 580. Apple Inc | | | | | | | | | |
| 581. Automatic Data Processing | | | | | Buy (add'l) | 1/3/11 | J | | |
| 582. Bank of NY Mellon | | | | | Sold | 11/3/11 | J | | |
| 583. Best Buy | | | | | Sold | 8/1/11 | J | | |
| 584. BHP Billiton LTD | | | | | | | | | |
| 585. Bard CR Inc Com | | | | | Buy | 1/3/11 | K | | |
| 586. CVS | | | | | | | | | |
| 587. Caterpillar Inc | | | | | | | | | |
| 588. Chevron Corporation | | | | | | | | | |
| 589. Chubb Corp | | | | | Buy | 8/1/11 | K | | |
| 590. Cisco | | | | | | | | | |
| 591. Colgate Palmolive | | | | | | | | | |
| 592. Computer Services Corp | | | | | Sold | 11/8/11 | J | | |
| 593. Conocophillips | | | | | Buy (add'l) | 8/1/11 | K | | |
| 594. Dow Chemical | | | | | | | | | |
| 595. Duke Energy | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 596. EMC Corp Mass | | | | | | | | | |
| 597. Exxon Mobil | | | | | Buy (add'l) | 11/8/11 | K | | |
| 598. Thermo Fisher | | | | | | | | | |
| 599. General Electric Co | | | | | | | | | |
| 600. Home Depot | | | | | | | | | |
| 601. IBM | | | | | | | | | |
| 602. Intel Corp | | | | | Buy (add'l) | 11/8/11 | K | | |
| 603. Ishares MSCI Emerging Mkts | | | | | Buy | 8/1/11 | K | | |
| 604. Johnson & Johnson | | | | | | | | | |
| 605. Microsoft | | | | | | | | | |
| 606. Omnicom Group | | | | | | | | | |
| 607. Pepsico Inc | | | | | Buy (add'l) | 8/1/11 | K | | |
| 608. PPG Industries | | | | | Buy (add'l) | 11/8/11 | K | | |
| 609. Proctor & Gamble | | | | | Buy (add'l) | 11/8/11 | J | | |
| 610. Progress Energy | | | | | | | | | |
| 611. Quest Diagnostics | | | | | | | | | |
| 612. Schlumberger Ltd | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 613. Target | | | | | | | | | |
| 614. 3M Com | | | | | | | | | |
| 615. United Technologies | | | | | | | | | |
| 616. Verizon Communications | | | | | | | | | |
| 617. Zimmer Holdings | | | | | | | | | |
| 618. Franklin US Govt Class C | A | Dividend | | | Sold | 2/22/11 | J | | |
| 619. Franklin Total Return Class C | A | Dividend | | | Sold | 2/22/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

AMENDED REPORT: Page 40 Lines 618 & 619 Investment statements provided after the report was filed reflected that these two investments were sold on 2/22/11 and were not held at the end of the year 2011.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **Frederick P. Stamp (Jr.)**

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544